UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM A. CARMICKLE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:15-CV-00361-AA<br><br><br>ORDER FOR REMAND AND JUDGMENT |

　　　　Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the administrative law judge to consolidate this application with Plaintiff's prior application, create a single electronic record, and issue a new decision on the consolidated claims. Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

　　　　JUDGMENT is entered for Plaintiff, and this case is closed.

IT IS SO ORDERED this __1__ day of __June__, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3858