UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


WILLIAM A. CARMICKLE,

       Plaintiff,

  v.              Civil No.3:15-cv-00361-AA

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

       Defendant.

___

## JUDGMENT

 Pursuant to the ORDER signed on June 1, 2016, this action is reversed and remanded for further proceedings consistent with that ORDER.


Dated this 1st day of June 2016.

             *Ann Aiken*

             Ann Aiken
           United States District Judge


JUDGMENT